

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-01053-CR

RODRICK SHIMI WALKER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 182nd District Court of Harris County (Tr. Ct. No. 1365221)

The cause heard today by the Court is an appeal from the judgment signed by the court below on December 4, 2013. After inspecting the record of the court below, it is the opinion of this Court that there is no reversible error in the judgment. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the judgment of the court below be **affirmed**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 10, 2015.

Judgment rendered by panel consisting of Justices Jennings, Massengale, and Lloyd.